**ROBERT MILLS v. STATE OF FLORIDA**

14 So. (2nd) 902                                    June Term, 1943
September 17, 1943                                           Division B

Elmore Cohen, for appellant.

*J. Tom Watson,* Attorney General, *Woodrow M. Melvin,* Assistant Attorney General, and *Bourke Floyd,* Special Assistant Attorney General, for appellee.

480

PER CURIAM:
Affirmed.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.